

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 1759 | **DATE** | 8/27/2003 |
| **CASE TITLE** | National Satellite etc. Vs. Juarez Taco's Inc. etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We believe that the appropriate damages are $20 times 150, times seven (to build in a deterrence factor), plus fees and costs of $2,246.96, or $23,246.96.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 0 2 2003 date docketed | |
| ✓ | Docketing to mail notices. | | | 5 |
| ✓ | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | 03 AUG 29 PM 4:05 | date mailed notice | |
| WAH | courtroom deputy's initials | FILED FOR DOCKETING Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIONAL SATELLITE SPORTS, INC.,  )
                                   )
            Plaintiff,             )
                                   )
       vs.                         )   No. 03 C 1759
                                   )
JUAREZ TACO'S INC., d/b/a EL CAMPEON, )
ESTHER'S PLACE, INC., d/b/a EL     )
CAMPEON, ESTHER GONZALES,          )
individually, and JUAN A. GUTIERREZ, )
individually,                      )
                                   )
            Defendants.            )

## MEMORANDUM OPINION AND ORDER

Plaintiff seeks total damages of $152,246.96 for defendants' unauthorized telecast of a boxing match on April 29, 2000. There is no doubt that defendants were well aware that the telecast was unauthorized. They should have paid $20 times the authorized maximum occupancy of the bar, and they paid nothing. We are not told what the occupancy maximum was, other than that there were approximately 50 patrons present and there were several bartenders. We estimate, from that, a maximum occupancy of 150. In those circumstances, we believe that the appropriate damages are $20 times 150, times seven (to build in a deterrence factor), plus fees and costs of $2,246.96, or $23,246.96.

JAMES B. MORAN
Senior Judge, U. S. District Court

Aug. 27, 2003.